EDWARD H. KUBO, Jr. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes Section

WES REBER PORTER   #7698
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:     wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2005

at __11__ o'clock and __35__ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00308 HG |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | [18 U.S.C. § 922(g)(1)] |
| EDWARD M. PALI, | ) | |
| Defendant. | ) | |

# I N D I C T M E N T

The Grand Jury charges that:

On or about August 30, 2004, in the District of Hawaii, Defendant EDWARD PALI, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce a firearm, to wit: a Beretta

model 950, .25 caliber pistol, bearing Serial Number BR38341V, and ammunition, to wit: eight (8) rounds of Winchester Western .25 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: July 21, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
WES REBER PORTER
Assistant U.S. Attorney